# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re:

    Jaime Michelle Johnston        Case No. 11-21741
                                              Chapter 7

                        Debtor

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

      I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:
_____
_____.

**X**    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Executed on  6/9/2011   (date) by /s/ Jaime Michelle Johnston         (debtor).